UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KURT STRAWITZ, *et al.* | CIVIL ACTION |
| VERSUS | NO. 23-1911 |
| HANOVER INSURANCE COMPANY | SECTION M (1) |

## ORDER

Considering the parties' joint motion to dismiss (R. Doc. 13),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the claims of plaintiffs Kurt and Marlo Strawitz against defendant the Hanover Insurance Company are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 13th day of November, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE